RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Ismael Robles

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00157-KJD-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| ISMAEL ROBLES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Ismael Robles, that the Revocation Hearing currently scheduled on June 7, 2022 at 2:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to speak with Mr. Robles.

2. Defense counsel requires additional time to investigate the allegations in the Petition and prepare for the preliminary hearing.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 10th day of May, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | */s/ Peter S. Levitt*<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISMAEL ROBLES,<br><br>　　　　Defendant. | Case No. 2:18-CR-00157-KJD-VCF<br><br>**ORDER** |

	IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, June 7, 2022 at 2:00 p.m., be vacated and continued to July 13, 2022 at the hour of 10:00 a.m. in courtroom 4A.

	DATED this 12th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON